[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 15-15145

_____

D.C. Docket No. 0:12-cv-60654-FAM

INTERNATIONAL BROTHERHOOD OF TEAMSTERS,

Plaintiff - Appellee,

versus

AMERIJET INTERNATIONAL, INC.,

Defendant - Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(September 19, 2016)

Before HULL, MARTIN, and BALDOCK,[*] Circuit Judges.

PER CURIAM:

_____

[*] Honorable Bobby R. Baldock, United States Circuit Judge for the Tenth Circuit, sitting by designation.

After review and oral argument, we affirm the district court's order dated August 31, 2015, for the reasons outlined in that order and this Court's prior decision in this case dated March 23, 2015 (Case No. 14-12237).[1]

**AFFIRMED.**

---

[1] Plaintiff-Appellee's Rule 38 Motion for Sanctions, filed on February 10, 2016, is denied.